IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LAURA J. HILLIS, | CV 17-16-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, | |
| Defendant. | |

Plaintiff Laura Hillis ("Hillis") filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 1). On September 20, 2017, the Court granted Hillis's motion. (Doc. 8). Accordingly, **IT IS HEREBY ORDERED** that

(1) Pursuant to Fed. R. Civ. P. 4(d), the Court will ask Defendant to waive service of summons by executing, or having counsel execute, the attached Waiver of Service of Summons. The Waiver must be returned to the Court within **thirty (30) days of the entry date reflected on the Notice of Electronic Filing of this Order.** If Defendant chooses to return the

1

Waiver, an answer or appropriate motion will be due within 60 days of the entry date reflected on the Notice of Electronic Filing, pursuant to Fed. R. Civ. P. 12(a).

(2) The Clerk of Court shall forward to the following individuals the documents listed below:

U.S. Attorney General Jeff Sessions
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

U.S. Attorney Kurt Alme
U.S. Attorney for District of Montana
2601 Second Avenue North, Box 3200
Billings, MT 59101

Nancy A. Berryhill
Acting Commissioner Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235-0001

• this Order;

• a Notice of Lawsuit & Request to Waive Service of Summons;

• a Waiver of Service of Summons; and

• the Complaint.

(3) Any party's request that the Court grant relief, make a ruling, or take an action of any kind must be made in the form of a motion. If a party

wishes to give the Court information, such information must be presented in the form ofa notice. The Court will not consider requests made or information presented in letter form.

(4) Pursuant to Fed. R. Civ. P. 5(a), all documents presented for the Court's consideration must be served by first-class mail upon counselor, if a party is proceeding pro se, upon the party. The Certificate of Service must state the date on which the document was deposited in the mail and the name of the person to whom the document was sent. The sender must sign the certificate of service.

DATED this 12th day of October, 2017.

John Johnston
United States Magistrate Judge