UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LAURA HILLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV-17-16 -GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1) The Commissioner's Motion for Summary Judgment is GRANTED;

2) Ms. Hillis's Motion for Summary Judgment is DENIED.

Dated this 23rd day of July, 2018.

       TYLER P. GILMAN, CLERK

       By: /s/ S. Redding
              Deputy Clerk